December 16, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON. TEXAS

DEC 22 2015

CHRISTOPHER A. PRINE
CLERK

MAILED 12/22/15

Christopher Prine, Clerk

Re: Case No. 14-15-00457-CV
T.C. Case # 14-CV-0340
Style: MHI Partnership LTD. and Mag Creek Partners LTD.

v. City of League City, Texas

I have been receiving notifications about the above case for the last year plus at the following address

Denise Adele Alston
619 10th Street NE
Washington DC 20002

I have moved. Please send future notifications to

Denise Adele Alston

P.O. Box 6323
Annapolis MD 21401

Or if you need a physical address.
2026 Gov Thos Bladen Wy #301
Annapolis MD 21401-6398

Denise Alston 12/16/15

BALTIMORE MD 212

18 DEC 2015 PM 6 L

Happy Holidays

O. Box 6323
Annapolis MD
21401

Christopher Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, TX 77002